UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID A HOOD II,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendants. | Case No. C20-1722 TLF<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES |

This matter comes before the Court on plaintiff's unopposed motion for attorney fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA). Dkt. 16. Plaintiff requests an award of $4,813.16 in attorney's fees. *Id*. Defendant addressed a minor correction to Plaintiff's calculation due to a scrivener's error. Dkt. 18. Based on the motion and Defendant's calculation correction, the Court GRANTS the motion and ORDERS as follows:

(1)   Plaintiff is granted $4,809.66 in attorney's fees.

(2)   Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be sent to plaintiff's attorney Lisa Saar at the address: 5355 Tallman Avenue, NW, Suite 202, Seattle, WA 98107.

(3)   Costs under 28 U.S.C. § 1920 shall be payable to Lisa Saar via electronic fund transfer or check.

(4) After the Court issues this Order, defendant will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. Defendant is directed to contact the Department of Treasury after this Order is entered to determine whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA attorney fees and expenses are not subject to any offset, those fees and expenses will be paid directly to plaintiff's attorney, either by direct deposit or by check payable to plaintiff's attorney and mailed to plaintiff's attorney's address.

Dated this 2nd day of November, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY FEES - 2